IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-cv-4256-JPG |
| ) | |
| TERRY FOSTER and ) | |
| RONALD KOSYDOR, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal as to some claims and having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff United States of America's claims in this case against defendant Terry Foster are dismissed with prejudice and without costs;

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff United States of America's claims in Counts I (trespass) and II (conversion) against defendant Ronald Kosydor are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ronald Kosydor and against the plaintiff United States of America on the plaintiff United States of America's claim in Count III (unjust enrichment); and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff United States of America and against defendant Ronald Kosydor in the amount of $19,561.86 on the plaintiff United States of America's claim in Count IV (Illinois Wrongful Tree Cutting Act).

**NORBERT JAWORSKI**

**Dated:  August 21, 2007**           **s/Vicki McGuire**
                                      **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**